```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

              DEC 1 1 2013

           CLERK US DISTRICT COURT
             DISTRICT OF NEVADA
BY: _____  DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>vs.<br><br>JOSHUA CROFT,<br><br>　　　　　Defendant. | Case No.: 2:13-CR-0019-RCJ-GWF<br>Case No.: 2:13-CR-0054-RCJ-CWH<br><br>**CONSENT OF DEFENDANT** |

Defendant, **JOSHUA CROFT**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

X _____
Defendant

_____
Counsel for Defendant

_____
Assistant U.S. Attorney

DATED: this ___ day of December, 2013.

APPROVED:

_____
ROBERT C. JONES
Chief United States District Judge