```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
          COUNSEL/PARTIES OF RECORD

              DEC 1 1 2013

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>vs.<br><br>JOSHUA CROFT,<br><br>                Defendant. | Case No.: 2:13-CR-0019-RCJ-GWF<br>Case No.: 2:13-CR-0054-RCJ-CWH<br><br>**CONSENT OF DEFENDANT** |

Defendant, **JOSHUA CROFT**, having requested permission to enter a plea of guilty, hereby gives written consent to review of the PreSentence Report by the Judge prior to acceptance of plea or plea agreement pursuant to Rule 32(e)(1) of the Federal Rules of Criminal Procedure.

X _/s/ Joshua Croft_____
Defendant

_/s/_____
Counsel for Defendant

_/s/_____
Assistant U.S. Attorney

DATED: this __11__ day of __December__, 2013.

APPROVED:

_/s/ Robert C. Jones_____
ROBERT C. JONES
Chief United States District Judge