**United States District Court**
**District of Nevada**

# NOTICE

```
___ FILED        ___ RECEIVED
___ ENTERED      ___ SERVED ON
                 COUNSEL/PARTIES OF RECORD

        DEC 1 1 2013

   CLERK US DISTRICT COURT
   DISTRICT OF NEVADA
                        DEPUTY
```

## Contact the U.S. Probation Office Today

The Court has ordered that the United States Probation Office complete a presentence investigation report in your case. You are therefore instructed to contact the United States Probation Office, or report in person within 24 hours to:

**United States Probation Office**
**Foley Federal Building**
**300 South Las Vegas Boulevard, Suite 1200**
**Las Vegas, Nevada 89101-5833**
**(702) 527-7300**

(Directly across the street from the Lloyd D. George Courthouse & Federal Building)

Once you report to the United States Probation Office, present this form to the receptionist for further instructions. In the event you are unable to contact the United States Probation Office today, you must report the following business day. If you have any questions, consult with your attorney.

_2:13 CR-0019-RCJ-GWF_
Case Number

_Joshua Croft_
Defendant

_Gabriel Grasso, CJA_
Attorney of Record

_12-11-2013_
Date of plea/verdict

_3-18-2014 @ 1:30 PM_
Date and time of Sentencing

Pink to defendant
White to court file
Yellow to U.S. Probation Office

☐ Defendant on bond
☒ Defendant in custody

F:\NOTICE Contact Prob Ofc rev 3-10.wpd