DANIEL G. BOGDEN
United States Attorney
Nevada State Bar No. 2137
MICHAEL A. HUMPHREYS
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Counsel for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-019-RCJ-(GWF) |
| JOSHUA CROFT, | ) |
| Defendant. | ) |

### NOTICE OF FILING PROOF OF PUBLICATION

Attached hereto is the proof of publication evidencing publication of the Notice on www.forfeiture.gov for the required period of time.

DATED: January 21, 2014.

DANIEL G. BOGDEN
United States Attorney

/s/ MICHAEL A. HUMPHREYS
MICHAEL A. HUMPHREYS
Assistant United States Attorney

## AFFIDAVIT

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

I, Mary Stolz, being duly sworn, depose and say the following:

I am a Forfeiture Support Associates Clerk assigned to the United States Attorney's Office for the District of Nevada. This affidavit is made in support of a notice of publication filed in *United States v. Joshua Croft,* 2:13-CR-019-RCJ-(GWF).

Notice of Forfeiture was posted via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 18, 2013, through January 16, 2014, evidenced by the attached verified Advertisement Certification Report and the attached Notice. The publication of this Notice was reasonably calculated to notify all potential claimants.

_____
Mary Stolz
Forfeiture Support Associates Clerk

STATE OF NEVADA    )
                   ) ss
COUNTY OF CLARK    )

Subscribed and sworn to (or affirmed) before me on January 21, 2014, by Mary Stolz.

_____
NOTARY PUBLIC

KIM BUSH
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 8-6-2016
Certificate No: 12-8463-1

2



# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between December 18, 2013 and January 16, 2014. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Joshua Croft

**Court Case No:** 2:13-CR-019-RCJ-(GWF)
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 12/18/2013 | 23.9 | Verified |
| 2 | 12/19/2013 | 24.0 | Verified |
| 3 | 12/20/2013 | 24.0 | Verified |
| 4 | 12/21/2013 | 24.0 | Verified |
| 5 | 12/22/2013 | 23.9 | Verified |
| 6 | 12/23/2013 | 24.0 | Verified |
| 7 | 12/24/2013 | 24.0 | Verified |
| 8 | 12/25/2013 | 24.0 | Verified |
| 9 | 12/26/2013 | 24.0 | Verified |
| 10 | 12/27/2013 | 24.0 | Verified |
| 11 | 12/28/2013 | 23.9 | Verified |
| 12 | 12/29/2013 | 24.0 | Verified |
| 13 | 12/30/2013 | 24.0 | Verified |
| 14 | 12/31/2013 | 24.0 | Verified |
| 15 | 01/01/2014 | 24.0 | Verified |
| 16 | 01/02/2014 | 24.0 | Verified |
| 17 | 01/03/2014 | 24.0 | Verified |
| 18 | 01/04/2014 | 24.0 | Verified |
| 19 | 01/05/2014 | 24.0 | Verified |
| 20 | 01/06/2014 | 24.0 | Verified |
| 21 | 01/07/2014 | 24.0 | Verified |
| 22 | 01/08/2014 | 24.0 | Verified |
| 23 | 01/09/2014 | 24.0 | Verified |
| 24 | 01/10/2014 | 24.0 | Verified |
| 25 | 01/11/2014 | 24.0 | Verified |
| 26 | 01/12/2014 | 24.0 | Verified |
| 27 | 01/13/2014 | 24.0 | Verified |
| 28 | 01/14/2014 | 24.0 | Verified |
| 29 | 01/15/2014 | 24.0 | Verified |
| 30 | 01/16/2014 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
COURT CASE NUMBER: 2:13-CR-019-RCJ-(GWF); NOTICE OF FORFEITURE

Notice is hereby given that on December 13, 2013, in the case of <u>U.S. v. Joshua Croft</u>, Court Case Number 2:13-CR-019-RCJ-(GWF), the United States District Court for the District of Nevada entered an Order condemning and forfeiting the following property to the United States of America:

a Taurus semi-automatic, .40 caliber handgun, with a silver slide and black bottom, bearing serial number SYJ44555

any and all ammunition

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct.  Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (December 18, 2013) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, NV  89101, and a copy served upon Assistant United States Attorney Michael Humphreys, 333 Las Vegas Boulevard South, Suite 5000, Las Vegas, NV  89101. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

## PROOF OF SERVICE

I, Mary Stolz, Forfeiture Support Associates Clerk, certify that the following individuals were served with copies of the Notice of Filing Proof of Publication on January 21, 2014, by the below identified method of service:

<u>Electronic Filing</u>

Gabriel L. Grasso
Gabriel L. Grasso, PC
9525 Hillwood Drive Suite 190
Las Vegas, NV 89134
Gabriel@grassodefense.com
Counsel for Joshua Croft

Monique N. Kirtley
Federal Public Defender
411 E Bonneville Suite 250
Las Vegas, NV 89101
Monique_Kirtley@fd.org
Counsel for Chilicia Jamerson

/s/ Mary M. Stolz
Mary M. Stolz
Forfeiture Support Associates Clerk