**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:13-cr-0019-RCJ-GWF |
| vs. | **ORDER** |
| JOSHUA CROFT, | |
| Defendant. | |

Assistant Federal Public Defender Andrew Wong moves to withdraw as Defendant Joshua Croft's counsel. The Court appointed Mr. Wong to represent Defendant, (ECF No. 114), but Mr. Wong asserts that the Office of the Federal Public Defender learned of a conflict of interest shortly thereafter. Mr. Wong claims if he represents Defendant Croft there would be competing interests between defending Defendant Croft and another client, which would violate Nevada Rule of Professional Conduct 1.7. Accordingly, the Court grants the motion and the Federal Public Defendant's Office shall not represent Defendant in further proceedings.

///

///

///

1

**CONCLUSION**

2       IT IS HEREBY ORDERED that the Motion to Withdraw as Attorney (ECF No. 118) is

3   GRANTED.

4       IT IS FURTHER ORDERED that Mr. Andrew Wong and Ms. Cristen Thayer are

5   WITHDRAWN.

6       IT IS SO ORDERED.

7   Dated this 28th day of December 2019.

8

9       _____
        ROBERT C. JONES
10       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24