LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Joshua Croft*

**UNITED STATES DISTRICT COURT
CLARK COUNTY, NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **JOSHUA CROFT**, <br><br> Defendant. | CASE No.: 2:13-cr-00019-RCJ-GWF <br><br> **STIPULATION TO CONTINUE SENTENCING** |

IT IS HEREBY STIPULATED BY AND BETWEEN Defendant, JOSHUA CROFT, through his counsel, LANCE J. HENDRON, ESQ. of the law firm of HENDRON LAW GROUP LLC, and Plaintiff, United States of America, through its counsel, Nicholas A. Trutanich, United States Attorney, RONALD CHENG, ESQ., Assistant United States Attorney, that the Sentencing in the above-captioned matter currently set for August 4, 2020 be continued to September 22, 2020, or a time more convenient for this Court.

This Stipulation is entered into for the following reasons:

1. That Amanda S. Gregory is substituting in for the undersigned. New counsel needs time to prepare for sentencing.

2. That counsel for Defendant has spoken with Mr. Cheng, Assistant United States Attorney, who has no objection to the continuance;

3. Additionally, denial of this request for continuance could result in a miscarriage of justice; and

4. In addition, the continuance sought is not for delay and the ends of justice are in fact served by the granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on August 4, 2020.

DATED this __22__ day of July, 2020.

Respectfully Submitted,

__/s/ L. Hendron_____
Lance J. Hendron, Esq.
Attorney for Defendant,
Joshua Croft

__/s/ Ronald Cheng_____
Nicholas A. Trutanich, Esq.
United States Attorney
Ronald Cheng, Esq.
Assistant United States Attorney
Attorney for United States

2

LANCE J. HENDRON, ESQ.
Nevada Bar No. 11151
**HENDRON LAW GROUP LLC**
625 S. Eighth Street
Las Vegas, Nevada 89101
Office: (702) 758-5858 ♦ Facsimile: (702) 387-0034
E-mail: lance@ghlawnv.com
Attorney for Defendant, *Joshua Croft*

**UNITED STATES DISTRICT COURT**
**CLARK COUNTY, NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSHUA CROFT,<br><br>                    Defendant. | CASE No.: 2:13-cr-00019-RCJ-GWF |

**FINDINGS OF FACTS**

Based on the pending Stipulation of Counsel, and good cause appearing therefore, the Court finds that:

1. That Amanda S. Gregory, Esq. is substituting in for the undersigned and needs time to prepare for sentencing;

2. That Mr. Hendron has spoken to Mr. Cheng, Assistant United States Attorney, and he has no objection to this continuance;

3. That denial of this request for continuance could result in a miscarriage of justice; and

4. In addition, the continuance sought is not for delay and the ends of justice are in fact served by granting of such continuance which outweigh any interest of the public and the defendant in proceeding with sentencing on August 4, 2020.

3

## ORDER

IT IS HEREBY ORDERED, that the Sentencing hearing, currently scheduled for August 4 2020, be vacated and continued to Tuesday, 9/22/2020 at 11:00 a.m. Las Vegas Courtroom 4B.

DATED this 23rd day of July 2020.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

HENDRON LAW GROUP LLC
625 S. EIGHTH STREET
LAS VEGAS, NEVADA 89101
TEL (702) 758-5858 • FAX (702) 387-0034