1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSHUA CROFT,<br>    aka "Truth,"<br><br>Defendant. | Case Nos. 2:13-cr-00019-RCJ-GWF<br>             2:13-cr-00054-RCJ-GWF<br><br>**ORDER GRANTING GOVERNMENT'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBIT IN SUPPORT OF GOVERNMENT'S RESPONSE TO DEFENDANT'S MEMORANDUM UPON RESENTENCING** |

Plaintiff United States of America, by and through its counsel of record, Nicholas A. Trutanich, United States Attorney, and Ronald L. Cheng, Assistant United States Attorney, counsel for plaintiff United States of America, hereby submits this motion to file under seal its exhibit in support of the Government's Response to Defendant's Memorandum upon Resentencing. The exhibit consists of the Bureau of Prisons' chronological disciplinary record for defendant Joshua Croft.

Because the exhibit contains private disciplinary records, the government believes it should be filed under seal and remain under seal. The government therefore requests leave to file the exhibit under seal. Undersigned counsel will serve the sealed exhibit on defendant's counsel by U.S. mail.

## CONCLUSION

For the foregoing reasons, the government respectfully requests leave to file under seal its exhibit in support of the Government's Response to Defendant's Memorandum upon Resentencing and requests that the Court maintain it under seal.

Dated: September 8, 2020.

Respectfully Submitted,

NICHOLAS A. TRUTANICH
United States Attorney

By /s/ *Ronald L. Cheng*
RONALD L. CHENG
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IT IS SO ORDERED this 22nd day of September, 2020.

_____
ROBERT C. JONES
United States District Judge