# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00019-KJD-CWH |
| Plaintiff, | **Findings and Order on Stipulation** |
| v. | |
| JOSHUA CROFT, | |
| Defendant. | |

Based on the pending Stipulation between the defense and the government, and good cause appearing therefore, the Court hereby finds that:

1. The parties anticipate that the revocation hearing will require the personal appearance of numerous witnesses and will require at least a full day of testimony.

2. The parties anticipate that attorney Damian R. Sheets, Esq., will be filing a notice of appearance in this case and has already done so in Defendant's other pending revocation hearing (Case No. 2:13-cr-00054-KJD-DJA) where a stipulation to continue has been filed with the Court. The alleged violations in that case consist of the same facts and circumstances as those in the instant case and will require the testimony of the same witnesses and presentation of the same evidence.

3. For scheduling purposes, Defendant is requesting the first available new setting for the hearing, keeping in mind the Government's need for time to obtain witnesses.

4. The defendant is detained and does not object to the continuance.

5. The parties agree to the continuance.

6. Denial of this request could result in a miscarriage of justice, and the ends of justice served by granting this request outweigh the best interests of the public and the defendant in this matter moving forward on the presently scheduled date.

7. This is the parties' third request to continue the date of the revocation hearing.

THEREFORE, IT IS HEREBY ORDERED that the revocation hearing in the above-captioned matter currently scheduled for January 4, 2022 at 10:30 a.m. be vacated and continued to February 8, 2022, at the hour of 10:00 a.m. in courtroom 4A.

DATED this 3rd day of January, 2022.

_____
HONORABLE KENT J. DAWSON
United States Magistrate Judge