UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff, | CASE: 2:13-CR-00019-KJD-DJA<br>　　　2:13-CR-00054-KJD-DJA |
| vs. | MINUTES OF THE COURT |
| JOSHUA CROFT,<br>　　　Defendant. | DATE: 4/27/2022 |

PRESENT: <u>HONORABLE KENT J. DAWSON, UNITED STATES DISTRICT JUDGE</u>

DEPUTY CLERK:    D. SAAVEDRA      REPORTER: SAMANTHA MCNETT

COUNSEL FOR PLAINTIFF(S): NICK PORTZ, AUSA

COUNSEL FOR DEFENDANT(S): DAMIAN SHEETS

PROBATION OFFICER: CECIL B. MCCAROLL

INTERPRETER: ESTELA CORTEZ

PROCEEDINGS: Evidentiary hearing

　　　Proceedings begin at 10:09 a.m. Defendant is present in custody, appearing in person with counsel.

　　　The Court makes preliminary remarks as pending motions #187, 93, 94, 98, 103,189,193, 191, 101. Representations from counsel are heard. Accordingly, as stated on the record [191] Motion to Withdraw #188 as to case 2:13-cr-0019 and [101] Motion to Withdraw #97 as to case 2:13-cr-0054 are **GRANTED**. IT IS FURTHER ORDERED that **[**189] Motion to Strike #187 as to case 2:13-cr-0019 and [94] Motion to Strike #93, #98 as to case 2:13-cr-0054 are **GRANTED**. IT IS FURTHER ORDERED that Motion for Immediate Release [187] [93] is referred to Magistrate Judge Daniel J. Albregts.

　　　Parties are ready to proceed forward with contested hearing. Government moves to Stipulate exhibits 1, 2, 3, 6, 7, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23 and 24. Exhibits are marked and admitted.

　　　**Alexandra Draus** is called to testify as a witness for the Government. Mr. Portz examines the witness. Government exhibits 6, 9, 10, 11, 19, 22, 23, 24 previously admitted are published. Government exhibit 25 is marked and admitted. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

UNITED STATES OF AMERICA vs.  JOSHUA CROFT
2:13-CR-00018-KJD-DJA AND 2:13-CR-00054-KJD-DJA
PAGE 2

**Sandra Jones** is called to testify as a witness for the Government. Mr. Portz examines the witness. Government moves to admit defendant's exhibit F by stipulation and Government exhibit 4. Defense exhibit F and Government exhibit 4 are marked and admitted. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. Defendant exhibit G is marked and admitted. After further examination by Mr. Sheets and Mr. Portz, the witness is excused.

Proceedings recess from 11:53 a.m. – 1:07 p.m.

**Mary Guzman** is called to testify with the help of Spanish Interpreter as a witness for the Government. Mr. Portz examines the witness.  Government exhibit 5 is marked and admitted. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

**Lorgia Briones** is called to testify with the help of Spanish Interpreter as a witness for the Government. Mr. Portz examines the witness. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

Government stipulates for the admission of Government exhibit 8. Government exhibit 8 is marked and admitted.

**Patricio Solorzano-Briones** is called to testify with the help of Spanish Interpreter as a witness for the Government. Mr. Portz examines the witness. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

**Allison Rubino** is called to testify as a witness for the Government. Mr. Portz examines the witness. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

**Brandon Bourque** is called to testify as a witness for the Government. Mr. Portz examines the witness. Government exhibit 30 is marked and admitted.  Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

Proceedings recess from 3:15 a.m. – 3:27 p.m.

**Detective S. Izzo** is called to testify as a witness for the Government. Mr. Portz examines the witness. Government exhibits 28 and 29 are marked and admitted. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. The witness is excused.

…….
…….

UNITED STATES OF AMERICA vs. JOSHUA CROFT
2:13-CR-00018-KJD-DJA AND 2:13-CR-00054-KJD-DJA
PAGE 3

**Cecil McCarroll** is called to testify as a witness for the Government. Mr. Portz examines the witness. Government exhibit 1, previously admitted published. Government exhibits 31, 26 and 27 are marked and admitted. Mr. Portz passes the witness for cross examination. Mr. Sheets cross examines the witness. Defense exhibits C and D are marked and admitted. The witness is excused.

Government rests.

**Joyce Hill** is called to testify as a witness for Defendant. Mr. Sheets examines the witness. The witness is excused.

**Christopher Killpatrick** is called to testify as a witness for the Defendant. Mr. Sheets examines the witness. Mr. Sheets passes the witness for cross examination. Mr. Portz cross examines the witness. After further examination by Mr. Sheets, the witness is excused.

The Court canvasses defendant.

Defense rests.

The court hears arguments as to sentencing.

The Court finds that the Defendant has violated the conditions #1 and 2 contained in Petition # [153] in case number 2:13-cr-0019-KJD-DJA and violation # 1 and 2 contained in Petition # [65] in case number 2:13-cr-0054-KJD-DJA and REVOKES supervised release. Sentence is imposed for a term of Thirty (30) Months to run consecutive to any state case # C-22-364246-1 with Six (6) Months Supervised Release to follow with special conditions as follows:

1. **Mental Health Treatment** – You must participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise your participation in the program (provider, location, modality, duration, intensity, etc.).

2. **No Contact** – You must not communicate, or otherwise interact, with Chilicia Jamerson, either directly or through someone else, without first obtaining the permission of the probation office.

3. **Home Confinement with Location Monitoring** – You will be monitored by the form of location monitoring technology indicated below for a period of 60 days, and you must follow the rules and regulations of the location monitoring program. Location monitoring technology at the discretion of the probation officer. This form of location monitoring technology will be used to monitor the following restriction on your movement in the community. You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental

UNITED STATES OF AMERICA vs.  JOSHUA CROFT
2:13-CR-00018-KJD-DJA AND 2:13-CR-00054-KJD-DJA
PAGE 4

health treatment; attorney visits; court appearances; court-ordered obligations; or other activities as pre-approved by the probation officer **(Home Detention)**.

4. **Search and Seizure** – You must submit your person, property, house, residence, vehicle, papers, computers (as defined in 18 U.S.C. § 1030(e)(1)), other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. You must warn any other occupants that the premises may be subject to searches pursuant to this condition. The probation officer may conduct a search under this condition only when reasonable suspicion exists that you have violated a condition of supervision and that the areas to be searched contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

      The Court further imposes Mandatory Conditions. Parties are to submit a brief no later than May 11, 2022, to see if the Court has the authority to have cases run consecutive. The Court will stay the Judgment until decision is made.

      Proceedings recess at 5:38 p.m.

                                           DEBRA K. KEMPI, CLERK
                                           United States District Court
                                           By: _____/s/_____ ___
                                           D.Saavedra, Deputy Clerk