UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>         v.<br><br>JOSHUA CROFT,<br><br>                              Defendants. | Case No. 2:13-cr-00019-KJD-DJA<br><br>**ORDER GRANTING THE GOVERNMENT'S MOTION TO STRIKE** |

Before the Court is the government's Motion to Strike Motion for Immediate Release and to Reinstate Probation (ECF #189) and Motion to Strike Motion to Re-Open Detention Hearing (ECF #193). Defendant did not respond to the motion. After Defendant filed *pro se* motions, including a motion to dismiss counsel and proceed *pro se*, he filed a motion to withdraw his motion to dismiss counsel (ECF #191).

   I.    Analysis

Defendant Joshua Croft ("Croft") filed his *pro se* motions while awaiting his revocation of supervised release hearing. (ECF #189, at 2). The Local Rules for the United States District Court, District of Nevada state that a "party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney." LR IA 11-6(a). Croft's attorney was retained as counsel on February 4, 2022. (ECF #189, at 3). Because Croft is represented by counsel, he may not file documents with the Court. As such, his motions are stricken. Additionally, while the government did not request that Croft's Motion to Withdraw Motion to Dismiss Counsel (ECF #101) be stricken, it was also filed *pro se* while represented. Therefore, the Court strikes that motion as well.

II. <u>Conclusion</u>

Accordingly, IT IS HEREBY ORDERED that the government's Motions to Strike (ECF #189/193) are **GRANTED**.

IT IS FURTHER ORDERED that Defendant's motions (ECF #187/188/191/192) are stricken from the record.

Dated this 2nd day of May, 2022.

                                                Kent J. Dawson
                                              United States District Judge