UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSH CROFT,<br><br>Defendant. | Case No. 2:13-cr-00019-KJD-DJA<br><br>ORDER |

Presently before the Court are Defendant's *Pro Se* Motions to Amend Judgment (#200), for Revocation Hearing Transcripts (#203), and to Proceed *In forma Pauperis* (#212). Also, before the Court is the Government's Motion to Strike (#201). Plaintiff was represented by counsel Damien Sheets at his revocation hearing. He is now represented by appointed counsel on appeal. See Order of USCA for Appointment of Counsel (#213) (granting Defendant's motion to proceed *ifp*, granting his motion for appointed counsel and granting Sheet's motion to withdraw).

Accordingly, his motions *pro se* motions filed while represented by counsel are fugitive documents. The Court grants the Government's motion to strike the motion to amend judgment. Further, the motion for transcripts and to proceed *ifp* are denied as moot.

Accordingly, IT IS HEREBY ORDERED that the Government's Motion to Strike (#201) is **GRANTED**;

IT IS FURTHER ORDERED that all other outstanding motions (#200/203/212) are **DENIED as moot**.

Dated this 18th day of August, 2022.

_____
Kent J. Dawson
United States District Judge