UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA CROFT,<br><br>　　　　　　　　　　Defendant. | Case No. 2:13-cr-00019-KJD-DJA<br><br>**ORDER—Amending Judgment** |

　　Presently before the Court is Defendant's Motion to Amend Judgment (#250). The Government filed a Notice of Non-Opposition. (#252). Defendant requests this Court vacate its previous judgment and re-enter an amended judgment that is identical in all respects except for the exclusion of Special Condition of Supervision Three. (#252, at 8). For the reasons stated below, Defendant's motion is granted.

　　On October 18, 2023, this Court sentenced Croft to eighteen months in custody, to run consecutively with case 2:13-cr-00054-KJD-DJA, resulting in a total term of thirty-six months. (#236). As part of the judgment, Special Condition of Supervision Three imposed a sixty-day period of home confinement. Id. at 5. Following his sentencing, Defendant appealed the Court's judgment to the Ninth Circuit. (#237). Defendant asserts that during his appeal, "the parties reached a negotiated resolution wherein Mr. Croft's sentence and renewed term of supervised release would remain the same, but that Special Condition of Supervision Three would be removed." (#252, at 2). In light of this negotiation, the Ninth Circuit remanded the matter back to this Court for the limited purpose of considering the Defendant's current motion. (#249, at 1). Therefore, as the Court finds good cause for granting the motion, and since the parties are in agreement with this course of action, Defendant's motion is **GRANTED**.

//

//

//

Accordingly, **IT IS THEREFORE ORDERED** that the Court's previous judgment (#236) is **VACATED**, and an amended judgment will be entered. The amended judgment will be identical in all respects expect for the exclusion of Special Condition of Supervision Three—Home Confinement with Location Monitoring.

Dated this 9th day of April 2024.

_____
Kent J. Dawson
United States District Judge