UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:13-cr-00019-KJD-DJA-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JOSHUA CROFT, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the preliminary revocation hearing currently scheduled for Wednesday, April 23, 2025 at 2:00 p.m., be vacated and continued to May 2, 2025 at 11:00 am in LV Courtroom 3A.

DATED this  22  day of April, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

3